UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY C. SMITH (#125586)                    CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.                    NO. 15-489-JJB-SCR

## RULING

On July 28, 2015, pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g), this Court entered an Order denying the plaintiff's motion to proceed *in forma pauperis* and directing him to pay, within twenty-one (21) days, the full amount of the Court's filing fee. *See* R. Doc. 6. The referenced Order advised the plaintiff that a failure to comply with the Court's Order within the time allowed "shall result in the dismissal of the plaintiff's complaint without prejudice." *Id.* Notwithstanding, a review of the record reflects that the plaintiff has failed to pay the Court's filing fee as directed.

In accordance with 28 U.S.C. § 1915, a prisoner filing a civil action or appeal in federal court may be granted *in forma pauperis* status but is nonetheless required to pay the full amount of the Court's filing fee over time in incremental installments. However, such incremental payments are not allowed and pauper status shall be denied where the prisoner has filed, on at least three prior

occasions while incarcerated, actions or appeals that have been dismissed as legally baseless. Specifically:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

In the instant case, the plaintiff has, on three or more prior occasions while incarcerated, brought actions or appeals in the federal courts that have been dismissed as frivolous or for failure to state a claim upon which relief may be granted.[1] Accordingly, pursuant to *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996), and 28 U.S.C. § 1915(g), this Court denied the plaintiff's motion to proceed *in forma pauperis* and directed him to pay the full amount of the Court's filing fee. Because of his failure to do so within the time allowed, the above-captioned proceeding shall be dismissed. Accordingly,

---

1. Cases or appeals filed by the plaintiff that have been dismissed by the federal courts as frivolous or for failure to state a claim include, but are not limited to, Anthony C. Smith v. Orleans Parish Criminal Sheriff's Office, et al., Civil Action No. 00-0095-EEF (E.D. La.); Anthony C. Smith v. Orleans Parish Prison, Civil Action No. 00-0908-EEF (E.D. La.); and Anthony C. Smith v. 19th Judicial District Court, et al., Civil Action No. 04-0465-JJB (M.D. La.). Plaintiff was ordered to pay the full filing fee in two other cases filed in this Court, Smith v. East Baton Rouge City Police Officers, et al., Civil Action No. 09-0769-RET-SCR, and Smith v. United States, et al., Civil Action No. 12-0330-JJB-SCR. He failed to do so and those cases were dismissed.

**IT IS ORDERED** that the above-captioned proceeding be dismissed, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this ___9th___ day of September, 2015.

_____
JAMES J. BRADY
**UNITED STATES DISTRICT JUDGE**